MAX BACHMAN, Respondent, *v.* CHARLES H. HARRINGTON, as President of ROCHESTER MUSICIANS' PROTECTIVE ASSOCIA-TION, Appellant.

*Bachman* v. *Harrington*, 108 App. Div. 357, appeal dismissed.
(Argued November 22, 1905; decided November 28, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 11, 1905, which affirmed an order of Special Term adjudging the defendant guilty of contempt of court.

*George D. Forsyth* for appellant.

*Hugh J. O'Brien* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

EDWARD Voss, Respondent, *v.* GEORGE MOORE SMITH, as Receiver of the E. C. BELL MANUFACTURING COMPANY, Appellant.

JULIUS M. MAYER, Attorney-General of the State of New York, Appellant.

*Voss* v. *Smith*, 108 App. Div. 366, appeal dismissed.
(Submitted November 20, 1905; decided November 28, 1905.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 14, 1905, which affirmed an order of Special Term directing the defendant to pay to the plaintiff the amount of certain judgments heretofore recovered by him.

The motion was made upon the ground that the order appealed from was not a final order in a special proceeding and not appealable to the Court of Appeals.

*Charles F. Hoffman* and *Henry A. Friedman* for motion.

*George C. Norton* and *George E. Pierce* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.